IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUVELLE HARLEY** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-1343 |
| | : | |
| **PENNSYLVANIA PAROLE BOARD,** | : | |
| *ET AL.* | : | |

## ORDER

This 7th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Juvelle Harley's Petition for Writ of Habeas Corpus, ECF 1, is **DISMISSED** with prejudice and without a certificate of appealability. The Clerk is **DIRECTED** to mark this case closed.

 /s/ Gerald Austin McHugh
United States District Judge